**Order entered February 13, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01129-CV

## ALAN TARRANT, KRISTI TARRANT AND BETHANY KENDRICK, Appellants

### V.

## BAYLOR SCOTT & WHITE MEDICAL CENTER-FRISCO, STEPHEN COURTNEY, M.D., EMINENT SPINE, LLC, AND MONITORING CONCEPTS MANAGEMENT, LLC, Appellees

### On Appeal from the 192nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-16-12792

## ORDER

Before the Court is appellants' unopposed motion to exceed word-count limit for brief. We **GRANT** the motion and **ORDER** the brief received by the Court February 11, 2019 filed as of the date of this order. We caution appellants that the aggregate of all their briefs may not exceed 27,000 words. *See* TEX. R. APP. P. 9.4(i)(2)(B).

/s/     BILL WHITEHILL
        JUSTICE